UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                              §
                                                    §
REULAND, ROBERT R                                   §       Case No. 10-00066
                                                    §
              Debtor(s)                             §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

              US Courthouse
              Bankruptcy Clerk
              Assignment Desk, Rm 710
              219 S. Dearborn St.
              Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/26/2012 in Courtroom 250,

              US Courthouse
              100 S. 3rd St.
              Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2012                                By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    §
          §
REULAND, ROBERT R    §   Case No. 10-00066
          §
Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 51,373.51 |
| and approved disbursements of | $ | 4,577.00 |
| leaving a balance on hand of[1] | $ | 46,796.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 5,537.35 | $ 0.00 | $ 5,537.35 |
| Trustee Expenses: Roy Safanda | $ 84.65 | $ 0.00 | $ 84.65 |
| Attorney for Trustee Fees: Roy Safanda, | $ 618.75 | $ 0.00 | $ 618.75 |
| Other: Carl F. Safanda | $ 9,712.50 | $ 0.00 | $ 9,712.50 |
| Other: Carl F. Safanda | $ 160.81 | $ 0.00 | $ 160.81 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 16,114.06 |
| Remaining Balance | $ 30,682.45 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,430,016.18 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Harris, N.A.<br>111 W Monroe Street<br>Chicago, IL 60603 | $ 265,920.80 | $ 0.00 | $ 5,705.60 |
| 000002 | Kent V. & Sharon L. Catich<br>C/O: Ruddy, Milroy & King LLC<br>1700 N Famsworth Ave Ste 12<br>Aurora, IL 60505-1186 | $ 537,102.63 | $ 0.00 | $ 11,524.08 |
| 000003 | Edward K Catich<br>C/O: Ruddy, Milroy & King LLC<br>1700 N Famsworth Ave Ste 12<br>Aurora, IL 60505-1186 | $ 36,522.40 | $ 0.00 | $ 783.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Kent V Catich IRA<br>Old Second Wealth Management<br>37 S River Street<br>Aurora, IL 60506 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Edward K. Catich IRA Rollover<br>Old Second Wealth Management<br>37 South River Street<br>Aurora,IL 60506-4172 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 46,679.66 | $ 0.00 | $ 1,001.56 |
| 000007 | Joyce Reuland<br>330 Lawndale Avenue<br>Aurora, IL 60506 | $ 8,650.00 | $ 0.00 | $ 185.59 |
| 000008 | Bayview Loan Servicing<br>c/o kluever & Platt, LLC<br>65 East wacker Place, Suite 2300<br>Chicago, IL 60601 | $ 157,782.34 | $ 0.00 | $ 3,385.38 |
| 000009 | MB Financial Bank, N.A.<br>successor to Benchmark Bank<br>Megan A Drefchinski<br>Collins Law Firm PC<br>1770 N Park #200<br>Naperville, Il 60563 | $ 377,358.35 | $ 0.00 | $ 8,096.61 |

Total to be paid to timely general unsecured creditors     $     30,682.45

Remaining Balance     $     0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                           Case No. 10-00066-MB
Robert R Reuland                                                 Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko              Page 1 of 3             Date Rcvd: Jun 15, 2012
                              Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2012.
db           +Robert R Reuland,    330 Lawndale,    Aurora, IL 60506-3044
15314550     +Amcore Bank, NA,    1210 S. Alpine Rd,    Rockford, IL 61108-3946
15314553      American Express,    P O BOX 297879,    Fort Lauderdale, FL 33329-7879
16521115      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15314584     +Ann Von Ehr,   50 E. Galena,    Aurora, IL 60505-3317
15314585     +Aurora Fast Print,    54 E. Galena,    Aurora, IL 60505-3314
16551685     +Bayview Loan Servicing,    c/o klueuer & Platt, LLC,    65 East wacker Place, Suite 2300,
               Chicago, IL 60601-7244
15314556     +Benchmark Bank,    C/O The Collins Law Firm, PC,    1770 N Park Street, Suite 200,
               Naperville, IL 60563-1245
15314555     +Benchmark Bank,    3340 W Main St,    Saint Charles, IL 60175-1011
15314557      Capital One,    P O BOX 85167,   Richmond, VA 23285-5167
15314586     +Cassidy Alexander,    50 E. Galena,    Aurora, IL 60505-3317
15314551     +Chase Home Finance,    2210 Enterprise Dr.,    Florence, SC 29501-1109
15314587     +Cheryl Holz,   50 E. Galena,    Aurora, IL 60505-3317
15314588     +Christine Guera,    50 E. Galena,    Aurora, IL 60505-3317
15314589     +David Hettinger,    50 E. Galena,    Aurora, IL 60505-3320
15314559      Dish Network,    Dept 0063,   Palatine, IL 60055-0063
15314560     +Edward Catich,   C/O Duggan Law Offices,     181 S Lincolnway,    North Aurora, IL 60542-1609
16475138      Edward K. Catich IRA Rollover,    Old Second Wealth Management,    37 South River Street,
               Aurora,IL 60506-4172
15314562     +Fifth Third Bank - Consumer Service,    MD 1MOC2g-4050,    38 Fountain Square Plaza,
               Cincinnati, OH 45263-0001
15314563     +Harris, N.A.,    111 W Monroe Street,    Chicago, IL 60603-4095
15356893     +James P Sullivan,    Chapman & Cutler LLP,    111 W Monroe St,    Chicago, IL 60603-4080
15314609     +Joyce Reuland,    330 Lawndale Avenue,    Aurora, IL 60506-3044
15314565     +Kent Catich,   C/O Duggan Law Offices,     181 S. Lincolnway,    North Aurora, IL 60542-1609
16375717     +Kent V Catich IRA,    Old Second Wealth Management,    37 S River Street,    Aurora, IL 60506-4172
16556363     +MB Financial Bank, N.A.,    successor to Benchmark Bank,    Megan A Drefchinski Collins Law Firm PC,
               1770 N Park #200,    Naperville, Il 60563-1245
15314566     +National City Bank,    C/O Heavner Scott Beyers & Mihlar,    111 E. Main Street Ste 200,
               PO Box 740,    Decature, IL 62525-0740
15314552     +National City Bank,    C/O Heavner Scott Beyers & Mihlar,    P O BOX 740,    Decatur, IL 62525-0740
15356892     +National City Mortgage,    POB 1820,    Dayton, OH 45401-1820
15314569     +Sharon Catich,    C/O Duggan Law Offices,    181 S. Lincolnway,    North Aurora, IL 60542-1609
15314570     +Trust Co IL Cust for Edward Catich,    IRA Rollover,    c/o Duggan Law Offices,    181 S. Lincolnway,
               North Aurora, IL 60542-1609
15314571     +Trust Co of IL Cust for Kent Catich,    IRA Rollover c/o Duggan Law Offices,    181 S. Lincolnway,
               North Aurora, IL 60542-1609
15356894     +Washington Mutual,    POB 78066,    Phoenix, AZ 85062-8066
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15314567     +E-mail/Text: bankrup@nicor.com Jun 16 2012 00:21:59      Nicor Gas,   P O BOX 2020,
               Aurora, IL 60507-2020
15314568     +E-mail/Text: bnc@nordstrom.com Jun 16 2012 00:22:33      Nordstrom Bank,    P O BOX 79134,
               Phoenix, AZ 85062-9134
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15314558*    +Chase Home Finance, LLC,    2210 Enterprise Dr.,    Florence, SC 29501-1109
15314554    ##Bank of America,    P O BOX 15026,    Wilmington, DE 19850-5026
15314561   ##+Edward K Catich,   C/O Ruddy, Milroy & King, LLC,     1700 N Farnsworh Avenue, Suite 12,
               Aurora, IL 60505-1186
15314564    ##Edward K Catich,   C/O: Ruddy, Milroy & King LLC,    1700 N Famsworth Ave Ste 12,
               Aurora, IL 60505-1186
                                                                                 TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: lkorotko              Page 2 of 3              Date Rcvd: Jun 15, 2012
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2012**                **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko            Page 3 of 3             Date Rcvd: Jun 15, 2012
                              Form ID: pdf006           Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2012 at the address(es) listed below:

```
          Carl F Safanda    on behalf of Plaintiff Roy Safanda csafanda@xnet.com
          Heather M Giannino    on behalf of Creditor   PNC Bank, National Association, successor by merger
           to National City Bank, successor by merger to Mid-America Bank, FSB heathergiannino@hsbattys.com,
           jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          James Patrick Sullivan    on behalf of Petitioning Creditor   Harris N.A. jsulliva@chapman.com
          John C Ruddy    on behalf of Petitioning Creditor Edward Catich jruddy@ruddyking.com,
           lincoln@ruddyking.com
          John M Brom    on behalf of Debtor Robert Reuland jbrom@querrey.com,   emarquez@querrey.com
          Megan A Drefchinski    on behalf of Creditor   MB Financial Bank, N.A., as Successor in Interest to
           Benchmark Bank mdrefchinski@collinslaw.com,   ktaylor@collinslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda    rsafanda@xnet.com,   rsafanda@ecf.epiqsystems.com
          Roy  Safanda, Esq    on behalf of Plaintiff Roy Safanda rsafanda@xnet.com
          Susan J. Notarius    on behalf of Petitioning Creditor   Harris N.A. snotarius@Klueverplatt.com,
           nparikh@klueverplatt.com
          Terri M Long    on behalf of Defendant   Fifth Third Bank, d/b/a Mastercard Platinum
           Courts@tmlong.com
                                                                                             TOTAL: 11
```