UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
REULAND, ROBERT R                   §     Case No. 10-00066
                                    §
         Debtor(s)                  §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert R. Reuland |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Amcore Bank, NA 1210 S. Alpine Rd. Rockford, IL 61108 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance 2210 Enterprise Dr. Florence, SC 29501 | | | | | |
| | National City Bank c/o Heavner Scott Beyers & Mihlar PO Box 740 Decatur, IL 62525 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| INTER. SURE | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| CARL F. SAFANDA | | | | | |
| ROY SAFANDA, | | | | | |
| CARL F. SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Benchmark Bank 3340 W. Main St. Saint Charles, IL 60175 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Benchmark Bank c/o The Collins Law Firm, PC 1770 N Park Street, Suite 200 Naperville, IL 60563 | | | | | |
| | Capital One PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Chase Home Finance, LLC 2210 Enterprise Dr. Florence, SC 29501 | | | | | |
| | Dish Network Dept 0063 Palatine, IL 60055-0063 | | | | | |
| | Edward Catich c/o Duggan Law Offices 181 S. Lincolnway North Aurora, IL 60542 | | | | | |
| | Fifth Third Bank - Customer Service MD 1MOC2G-4050 38 Fountain Square Plaza Cincinnati, OH 45263 | | | | | |
| | Harris, NA 111 W. Monroe Street Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kent & Sharon Catich c/o Ruddy, Milroy & King, LLC 1700 N. Farnsworth Avenue, Suite 12 Aurora, IL 60505 | | | | | |
| | Kent Catich c/o Duggan Law Offices 181 S. Lincolnway North Aurora, IL 60542 | | | | | |
| | National City Bank c/o Heavner Scott Beyers & Mihlar 111 E Main St, Ste 200, PO Box 740 Decatur, IL 62523 | | | | | |
| | Nicor Gas PO Box 2020 Aurora, IL 60507 | | | | | |
| | Nordstrom Bank PO Box 79134 Phoenix, AZ 85062 | | | | | |
| | Sharon Catich c/o Duggan Law Offices 181 S. Lincolnway North Aurora, IL 60542 | | | | | |
| | Trust Co IL cust for Edward Catich IRA Rollover c/o Duggan Law Offices 181 S. Lincolnway North Aurora, IL 60542 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trust Co of IL Cust for Kent Catich IRA Rollover c/o Duggan Law Offices 181 S. Lincolnway North Aurora, IL 60542 | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | BAYVIEW LOAN SERVICING | | | | | |
| 000003 | EDWARD K CATICH | | | | | |
| 000005 | EDWARD K. CATICH IRA ROLLOVER | | | | | |
| 000001 | HARRIS, N.A. | | | | | |
| 000007 | JOYCE REULAND | | | | | |
| 000004 | KENT V CATICH IRA | | | | | |
| 000002 | KENT V. & SHARON L. CATICH | | | | | |
| 000009 | MB FINANCIAL BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-00066 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | REULAND, ROBERT R | | | Date Filed (f) or Converted (c): | 01/04/10 (f) |
| | | | | 341(a) Meeting Date: | 05/17/10 |
| For Period Ending: | 09/25/12 | | | Claims Bar Date: | 12/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RE Sugar GR | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2. RE Aurora | 330,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Household | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. Life Ins. | 40,319.08 | 0.00 | DA | 500.00 | FA |
| 6. 88% Budget | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Tax Refund | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Forc. Surplus (u) | Unknown | 0.00 | | 36,350.20 | FA |
| 9. Interest (u) | Unknown | 0.00 | | 54.99 | 0.00 |
| 10. Preferences: Safanda v Fifth Third Bank (u) ADV: 11-02648 | 0.00 | 14,468.32 | | 14,468.32 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $597,519.08     $14,468.32     $51,373.51     $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Objection to discharge filed.

Initial Projected Date of Final Report (TFR): 01/01/12     Current Projected Date of Final Report (TFR): 06/01/12

LFORM1     Ver: 16.06f

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-00066 -MB | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- |
| Case Name: | REULAND, ROBERT R | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******0848  Checking Account |
| Taxpayer ID No: | *******2847 | Old Account #'s: | 1: *******0848    2: |
| For Period Ending: | 09/25/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/10 | 8 | Sheriff | Forc. Surplus | 1210-000 | 1,350.20 | | 1,350.20 |
| 02/16/11 | 001001 | Inter. Sure | Bond Premium | 2300-000 | | 34.00 | 1,316.20 |
| 04/12/11 | | Transfer from Acct #*******0855 | Bank Funds Transfer | 9999-000 | 35,024.93 | | 36,341.13 |
| 04/12/11 | 001002 | The Estate of Robert E. Reuland | Transf. funds to Cap One | 9999-000 | | 36,341.13 | 0.00 |

|  | COLUMN TOTALS | 36,375.13 | 36,375.13 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 35,024.93 | 36,341.13 | |
| Subtotal | | 1,350.20 | 34.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
| Net | | 1,350.20 | 34.00 | |

Page Subtotals       36,375.13       36,375.13

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page: 2
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-00066 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | REULAND, ROBERT R | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******0855 Money Market Account |
| Taxpayer ID No: | *******2847 | | Old Account #'s: | 1: *******0855   2: |
| For Period Ending: | 09/25/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/10 | 8 | Sherriff | Forc. Surplus | 1210-000 | 35,000.00 | | 35,000.00 |
| 11/30/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 1.72 | | 35,001.72 |
| 12/31/10 | 9 | Old Second National Bank | INTEREST | 1270-000 | 5.95 | | 35,007.67 |
| 01/31/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 5.94 | | 35,013.61 |
| 02/28/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 5.38 | | 35,018.99 |
| 03/31/11 | 9 | Old Second National Bank | INTEREST | 1270-000 | 5.94 | | 35,024.93 |
| 04/12/11 | | Transfer to Acct #*******0848 | Bank Funds Transfer | 9999-000 | | 35,024.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,024.93 | 35,024.93 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 35,024.93 | |
| Subtotal | 35,024.93 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 35,024.93 | 0.00 | |

Page Subtotals     35,024.93     35,024.93

Ver: 16.06f

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page: 3

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-00066 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | REULAND, ROBERT R | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7269  Money Market Account |
| Taxpayer ID No: | *******2847 | | |
| For Period Ending: | 09/25/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/11 | | The Estate of Robert R. Reuland | Transf. funds to Cap One | 9999-000 | 36,341.13 | | 36,341.13 |
| 05/31/11 | 9 | Capital One | Interest Rate  0.000 | 1270-000 | 4.09 | | 36,345.22 |
| 06/30/11 | 9 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 2.39 | | 36,347.61 |
| 07/29/11 | 9 | Capital One | Interest Rate  0.000 | 1270-000 | 2.47 | | 36,350.08 |
| 08/09/11 | 5 | Robert R. Reuland 330 Lawndale Ave. Aurora, IL  60506 | | 1129-000 | 500.00 | | 36,850.08 |
| 08/31/11 | 9 | Capital One | Interest Rate  0.000 | 1270-000 | 2.14 | | 36,852.22 |
| 09/30/11 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.42 | | 36,854.64 |
| 10/31/11 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.50 | | 36,857.14 |
| 11/30/11 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.42 | | 36,859.56 |
| 12/30/11 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.50 | | 36,862.06 |
| 01/06/12 | 000101 | Robert R. Reuland | Settlement | 8100-000 | | 3,500.00 | 33,362.06 |
| 01/31/12 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.35 | | 33,364.41 |
| 02/29/12 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.11 | | 33,366.52 |
| 03/30/12 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.26 | | 33,368.78 |
| 04/30/12 | 9 | Capital One | Interest Rate  0.080 | 1270-000 | 2.19 | | 33,370.97 |
| 05/04/12 | 9 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.22 | | 33,371.19 |
| 05/04/12 | | Transfer to Acct #*******7277 | Bank Funds Transfer | 9999-000 | | 33,371.19 | 0.00 |

Page Subtotals    36,871.19    36,871.19

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2 Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-00066 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | REULAND, ROBERT R | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7269 Money Market Account |
| Taxpayer ID No: | *******2847 | | | |
| For Period Ending: | 09/25/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 36,871.19 | 36,871.19 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 36,341.13 | 33,371.19 | |
| | | | Subtotal | | 530.06 | 3,500.00 | |
| | | | Less: Payments to Debtors | | | 3,500.00 | |
| | | | Net | | 530.06 | 0.00 | |

Page Subtotals 0.00 0.00

Ver: 16.06f

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-00066 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | REULAND, ROBERT R | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7277 Checking Account |
| Taxpayer ID No: | *******2847 | | | |
| For Period Ending: | 09/25/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/12 | 10 | Fifth Third Bank<br>Cincinnati, OH | Preference Settlement | 1241-000 | 14,468.32 | | 14,468.32 |
| 05/04/12 | | Transfer from Acct #*******7269 | Bank Funds Transfer | 9999-000 | 33,371.19 | | 47,839.51 |
| 05/08/12 | 001001 | Clerk of the U.S. Bankruptcy Court | Deferred Adversary Filing Fees<br>10-01814 - $250<br>10-02391 - $250<br>11-00902 - $250<br>11-02648 - $293 | 2700-000 | | 1,043.00 | 46,796.51 |
| 07/27/12 | 001002 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL  60134 | Chapter 7 Compensation/Expense | | | 5,622.00 | 41,174.51 |
| | | | Fees         5,537.35 | 2100-000 | | | |
| | | | Expenses        84.65 | 2200-000 | | | |
| 07/27/12 | 001003 | Roy Safanda,<br>Trustee's Attorney<br>Safanda Law Firm<br>111 East Side Drive<br>Geneva, IL 60134 | Trustee's Attorne's Fees | 3110-000 | | 618.75 | 40,555.76 |
| 07/27/12 | 001004 | Carl F. Safanda<br>Attorney to Trustee<br>Safanda Law Firm<br>111 East Side Drive<br>Geneva, IL  60134 | Trustee's Attorney's Fees & Exp. | | | 9,873.31 | 30,682.45 |
| | | | Fees         9,712.50 | 3110-000 | | | |
| | | | Expenses       160.81 | 3120-000 | | | |
| 07/27/12 | 001005 | Harris, N.A.<br>111 W Monroe Street<br>Chicago, IL 60603 | Claim 000001, Payment 2.14560% | 7100-000 | | 5,705.60 | 24,976.85 |

Page Subtotals     47,839.51     22,862.66

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-00066 -MB |
| Case Name: | REULAND, ROBERT R |
| Taxpayer ID No: | *******2847 |
| For Period Ending: | 09/25/12 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7277 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/27/12 | 001006 | Kent V. & Sharon L. Catich<br>C/O: Ruddy, Milroy & King LLC<br>1700 N Famsworth Ave Ste 12<br>Aurora, IL 60505-1186 | Claim 000002, Payment 2.14560% | 7100-000 | | 11,524.08 | 13,452.77 |
| 07/27/12 | 001007 | Edward K Catich<br>C/O: Ruddy, Milroy & King LLC<br>1700 N Famsworth Ave Ste 12<br>Aurora, IL 60505-1186 | Claim 000003, Payment 2.14561% | 7100-000 | | 783.63 | 12,669.14 |
| 07/27/12 | 001008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 2.14560% | 7100-000 | | 1,001.56 | 11,667.58 |
| 07/27/12 | 001009 | Joyce Reuland<br>330 Lawndale Avenue<br>Aurora, IL 60506 | Claim 000007, Payment 2.14555% | 7100-000 | | 185.59 | 11,481.99 |
| 07/27/12 | 001010 | Bayview Loan Servicing<br>c/o kluever & Platt, LLC<br>65 East wacker Place, Suite 2300<br>Chicago, IL 60601 | Claim 000008, Payment 2.14560% | 7100-000 | | 3,385.38 | 8,096.61 |
| 07/27/12 | 001011 | MB Financial Bank, N.A.<br>successor to Benchmark Bank<br>Megan A Drefchinski Collins Law Firm PC<br>1770 N Park #200<br>Naperville, Il 60563 | Claim 000009, Payment 2.14560% | 7100-000 | | 8,096.61 | 0.00 |

Page Subtotals    0.00    24,976.85

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-00066 -MB | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- |
| Case Name: | REULAND, ROBERT R | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7277 Checking Account |
| Taxpayer ID No: | *******2847 | | |
| For Period Ending: | 09/25/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 47,839.51 | 47,839.51 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 33,371.19 | 0.00 | |
| | | | Subtotal | | 14,468.32 | 47,839.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,468.32 | 47,839.51 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0848 | 1,350.20 | 34.00 | 0.00 |
| Money Market Account - ********0855 | 35,024.93 | 0.00 | 0.00 |
| Money Market Account - ********7269 | 530.06 | 0.00 | 0.00 |
| Checking Account - ********7277 | 14,468.32 | 47,839.51 | 0.00 |
| | 51,373.51 | 47,873.51 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)